UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE THOMAS J. WHELAN

| UNITED STATES OF AMERICA, | CASE NO.: 23-CR-2653-W |
|---|---|
| Plaintiff, | ORDER TO CONTINUE STATUS HEARING |
| v. | |
| OSCAR ALONSO LARES MACIAS, | |
| Defendant. | |

For good cause shown and upon joint motion of the parties, **IT IS HEREBY ORDERED** that the Status Hearing currently scheduled for February 5, 2024, be continued to February 26, 2024, at 9:00 a.m.

It is further ordered that the time between February 5, 2024, and February 26, 2024, is excluded under the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. § 3161(h)(1)(A)(G) and (h)(7)(A).

DATED: 1/31/24

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE